UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA ROOM 110

DEFT: STEVE ELVEUS (SUMMONS)#
CASE NO: 19-60035-TP-ALTMAN
AUSA: (M. ANTON DUTY AUSA) ✓
ATTY:
USPO: MARIE SAGET
VIOL: 18:U.S.C.§924

PROCEEDING: INITIAL APPEARANCE ON A SUPERVISED RELEASE VIOLATION
RECOMMENDED BOND:

BOND/PTD HEARING HELD - yes / no
COUNSEL APPOINTED: FPD. Tim Day

BOND SET @: $25,000 PSB
To be cosigned by:

- ☐ All standard conditions
- ☐ Do not encumber property.
- ☑ Surrender and / or do not obtain passports / travel documents.
- ☑ Rpt to PTS as directed / or _ x's a week/month by phone; _ x's a week/month in person.
- ☑ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☑ Maintain or seek full - time employment.
- ☑ No contact with victims / witnesses.
- ☑ No firearms.
- ☐ Electronic Monitoring:
- ☑ Travel extended to: SD/FL
- ☑ Other: Reside at current address in Margate

- Advised of Allegations.
- Gov't Recommends/Proffer $25,000 PSB
- Sworn Test for Court Appt. FPD. Tim Day
- Court sets stipulated bond of $25,000 PSB

**FINAL REVOCATION HEARING BEFORE DISTRICT JUDGE**

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|

REPORT RE COUNSEL:

**PTD**/BOND HEARING:

PRELIM/**ARRAIGN** OR REMOVAL:

STATUS RE EXTRADITION/HRG:

DATE: 10/22/19   TIME: 11:00 AM   FTL/TAPE/# BSS-   {10 Mins}   Begin DAR:

3

***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT ****** (YES OR NO) DAR:

11:09:44 - 11:18:50