## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 19-TP-60035-ALTMAN

UNITED STATES OF AMERICA,

vs.

STEVE ELVEUS

     **Defendant.**

_____/

### UNITED STATES' NOTICE OF APPEARANCE AS COUNSEL OF RECORD

Undersigned counsel hereby files his Notice of Appearance as counsel of record for the

United States of America in this cause.  Please direct all future correspondence to the undersigned

AUSA.

Respectfully submitted,

**ARIANA FAJARDO ORSHAN**
UNITED STATES ATTORNEY

By: /s/ Marc S. Anton_____
   MARC S. ANTON
   Assistant U.S. Attorney
   Florida Bar No. 0148369
   500 East Broward Blvd., Suite 700
   Ft. Lauderdale, Florida 33394
   Tel: (954) 660-5096
   Fax: (954) 356-7230
   Marc.anton@usdoj.gov

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 18, 2019, I electronically filed the foregoing
document with the Clerk of the Court using CM/ECF.

     /s/  Marc S. Anton_____
     MARC S. ANTON
     ASSISTANT U.S. ATTORNEY