UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60035-TP-ALTMAN

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**STEVE LUDWIDGE ELVEUS**,
Reg. No. 19354-104,

    Defendant.
_____/

## JUDGMENT AND COMMITMENT
## UPON REVOCATION OF PROBATION

**THIS MATTER** came before the Court on the United States Probation Officer's Petition for Warrant or Summons for Offender Under Supervision [ECF No. 2]. The Court held a hearing on the Petition on December 3, 2019. After hearing the arguments of counsel and the Defendant's admission, the Court finds that the Defendant has violated the terms and conditions of probation as to Allegation 1. Accordingly, and for the reasons stated on the record in open court, it is

**ORDERED AND ADJUDGED** that the term of probation imposed by the Court is hereby **REINSTATED**. As such, the Defendant shall remain on Probation until July 14, 2022. The Defendant shall continue to abide by all previous conditions of probation.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 3rd day of December, 2019.

                                                              **ROY K. ALTMAN**
                                                             **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
        U.S. Probation